UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-82 JMR/FLN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYRONE POWELL CRAWFORD and<br>ANTOINETTE FLOREZ,<br><br>Defendants. | **CERTIFICATE OF SERVICE OF MOTION DOCUMENTS AND PROPOSED ORDER** |

I hereby certify that on September 16, 2005, I caused the following documents:

UNITED STATES' MOTION TO REOPEN JUDGMENT OF FORFEITURE; MEMORANDUM OF LAW IN SUPPORT OF UNITED STATES' MOTION TO REOPEN JUDGMENT OF FORFEITURE; AFFIDAVIT OF JAMES S. ALEXANDER IN SUPPORT OF MOTION TO REOPEN JUDGMENT OF FORFEITURE; CERTIFICATE OF SERVICE; PROPOSED ORDER

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

CHARLES L. HAWKINS
CLHCRIMLAW@YAHOO.COM

DANIEL M. SCOTT
DSCOTT@KELLEYWOLTER.COM

I further certify that I caused the proposed order to be filed with the court via e-mail to the judge hearing the motion:

THE HONORABLE JAMES M. ROSENBAUM
ROSENBAUM_CHAMBERS@MND.USCOURTS.GOV

and I certify that I caused a copy of the proposed order to be e-mailed or mailed first class mail, postage paid, as noted below, to the following:

CHARLES L. HAWKINS
CLHCRIMLAW@YAHOO.COM

DANIEL M. SCOTT
DSCOTT@KELLEYWOLTER.COM

Dated: September 16, 2005

s/Deborah D. Amburn
Deborah D. Amburn